FOURTH DEPARTMENT, NOVEMBER, 1993

(November 19, 1993)

■ THOMAS REICH et al., Respondents, v GRAYMILLS CORPORATION, Defendant and Third-Party Plaintiff-Respondent. D.A. GRIFFIN CORPORATION, Third-Party Defendant-Respondent. THOMAS REICH et al., Respondents, v SAFETY KLEEN CORPORATION, Defendant, and A.T. SUPPLY INC., Appellant. [605 NYS2d 1019] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied the motion of A.T. Supply, Inc. (A.T. Supply) for summary judgment on its claim for common-law indemnification against defendant Graymills Corporation (Graymills). The record fails to establish, as a matter

of law, that A.T. Supply's potential liability for failure to warn, as the seller of an allegedly defective product, arises solely from its relationship to Graymills, the manufacturer *(see generally, Sukljian v Ross & Son Co.,* 69 NY2d 89, 95; *Voss v Black & Decker Mfg. Co.,* 59 NY2d 102, 106-107). Furthermore, failure to warn is essentially a theory of negligence and the drastic remedy of summary judgment is rarely granted *(see, Cooley v Carter-Wallace Inc.,* 102 AD2d 642, 648). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.